IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| Reuben West, *On behalf of himself and those similarly situated*, Plaintiff, v. Unlimited Potential Pizza, Inc., *et al.*, Defendants. | Case No. 1:22-cv-00007 Judge Jeffery P. Hopkins Chief Magistrate Judge Karen L. Litkovitz |

JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties, by and through counsel, hereby stipulate to dismissal of all claims asserted by Plaintiff in this action with prejudice. Each party shall bear its own costs and fees.

Respectfully Submitted,

/s/ *Laura E. Farmwald*
Andrew R. Biller (Ohio Bar No. 0081452)
Andrew P. Kimble (Ohio Bar No. 0093172)
Laura E. Farmwald (Ohio Bar No. 0095304)
BILLER & KIMBLE, LLC
8044 Montgomery Rd., Ste. 515
Cincinnati, OH 45236
Telephone: (513) 715-8711
Facsimile: (614) 340-4620
akimble@billerkimble.com
abiller@billerkimble.com

/s/ *Rebecca Davies*
Rebecca Davies, *pro hac admission*
(Michigan Bar P52728)
BUTZEL LONG
201 W. Big Beaver, Ste. 1200
Troy, MI 48084
Telephone: (248) 258-1616
Facsimile: (248) 258 1439

Terrence J. Miglio (Bar No. 30541)
BUTZEL LONG

1

*lfarmwald@billerkimble.com*
*selswick@billerkimble.com*
*rkane@billerkimble.com*
BILLER & KIMBLE, LLC
www.billerkimble.com

*Counsel for Plaintiff*

301 East Liberty Street, Ste. 500
Ann Arbor, MI 48104
Telephone: 734-213-3250

*Counsel for Defendants Unlimited Potential Pizza, Inc.; DW & KV Pizza, Inc.; Milford Pizza, Inc.; Sandeaver, Inc.; Symmes Pizza, Inc.; TGD Food Group, Inc.; Weaver Dream Team, Inc.; Marylu Weaver*

/s/ Shawn Young
Thomas L. Stachler (0042183)
Shawn M. Young (0038849)
Pinales Stachler Young & Burrell Co., LPA
455 Delta Ave., Ste. 105
Cincinnati, Ohio 45226
Telephone: (513) 252-2757
Facsimile: (513) 252-2751
tstachler@pinalesstachler.com
syoung@pinalesstachler.com

*Counsel for Defendant JDMLB, Inc.*